```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
SAMUEL MERRIN, et al.,                                     :
                                                           :
                            Plaintiffs,                    :
                                                           :       22-MC-172 (VSB)
               -against-                                   :
                                                           :           ORDER
MERRICK B. GARLAND, et al.,                                :
                                                           :
                            Defendants.                    :
                                                           :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

I am in receipt of Plaintiffs' proposed order to show cause for return of seized property, (Doc. 5), affidavit of Michael McCullough, (Doc. 6), affidavit of Samuel Merrin, (Doc. 7), and memorandum of law in support, (Doc. 8). It is hereby

ORDERED that Plaintiffs serve this Order and Plaintiffs' moving papers on Defendants and file proof of such service on or before June 30, 2022.

IT IS FURTHER ORDERED that Plaintiffs meet-and-confer with Defendants regarding a briefing schedule for any opposing papers, and that on or before July 5, 2022, the parties file a joint letter proposing such a briefing schedule. Thereafter, I will set a date for an order to show cause conference.

SO ORDERED.

Dated: June 29, 2022
      New York, New York

                                                              Vernon S. Broderick
                                                             United States District Judge