UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                  :

SAMUEL MERRIN, et al.,                    :

                                  Plaintiffs,    :
                                                  :             22-MC-172 (VSB)
                -against-                   :
                                                  :               **ORDER**

MERRICK B. GARLAND, et al.,        :

                                  Defendants.  :

------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On July 29, 2022, the Government informed me that "[t]he parties have reached an agreement on return of the items at issue in this matter, thereby resolving the motion." (Doc. 14.) On August 2, 2022, I endorsed the parties' stipulation and order. (Doc. 15.) However, the stipulation and order did not dismiss the case, and the matter remains open. (*See id.*) Therefore, it is hereby

ORDERED that on or before August 12, 2022, the parties inform me whether any further judicial intervention is needed, or whether this case may be closed.

SO ORDERED.

Dated: August 10, 2022
       New York, New York

                                                      Vernon S. Broderick
                                                      United States District Judge