UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
SAMUEL MERRIN, et al.,                                   :
:
                      Plaintiffs,       :
:     22-MC-172 (VSB)
       -against-                                    :
:     **ORDER**
MERRICK B. GARLAND, et al.,                           :
:
                      Defendants.     :
:
---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On July 29, 2022, the Government informed me that "[t]he parties have reached an agreement on return of the items at issue in this matter, thereby resolving the motion." (Doc. 14.) On August 2, 2022, I endorsed the parties' stipulation and order. (Doc. 15.) However, the stipulation and order did not dismiss the case, and the matter remained open. (*See id.*) On August 10, 2022, I ordered the parties to inform me by August 12, 2022 whether any further judicial intervention was needed, or whether this case may be closed. (Doc. 16.) The parties did not file anything. Accordingly, it is hereby

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  August 19, 2022
          New York, New York

                                                    Vernon S. Broderick
                                                     United States District Judge